

# U.S. District Court

## Texas Western - San Antonio

Receipt Date: Jul 10, 2025 3:38PM

Mark Anthony Ortega
152 Bedingfeld
San Antonio, Texas 78231

| Rcpt. No: 8089 | Trans. Date: Jul 10, 2025 3:38PM | | | Cashier ID: #TT (6587) |
|---|---|---|---|---|
| **CD** **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 200  Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #1022 | 07/2/2025 | $405.00 |
| | | | Total Due Prior to Payment: | $405.00 |
| | | | Total Tendered: | $405.00 |

**Comments:** 5:25-CV-00792, Ortega v. Senior Life Insurance Company, et al

Clerk, US District Court - San Antonio Division - 262 W Nueva, Ste 1-400, San Antonio, TX 78207 (210) 472-6550 - www.txwd.uscourts.gov

