Mark Anthony Ortega
152 Bedingfeld Dr
San Antonio, TX 78231

U.S. District Clerk's Office
262 West Nueva St Room 1-400
San Antonio, TX 78207

RECEIVED
JUL -8 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

SA25CA0792 FB MJ-HJB