**FILED**
January 15, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____MGR_____
DEPUTY

# MOTION FOR APPOINTMENT OF COUNSEL

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**Mark Anthony Ortega,**
Plaintiff,

v.

**Ethan Erich Smith,**
Defendant.

**Case No. SA-25-CV-792-FB (HJB)**

---

## MOTION FOR APPOINTMENT OF COUNSEL

Defendant, **Ethan Erich Smith**, appearing pro se, respectfully moves the Court for appointment of counsel.

At a prior hearing, the Court indicated that Defendant may be eligible for appointed counsel. Defendant respectfully submits this motion pursuant to that guidance.

Defendant is currently unable to afford retained counsel and is acting in good faith to comply with all court procedures and deadlines. The legal and procedural issues involved in this matter are complex, and appointment of counsel would materially assist both Defendant and the Court in the fair and efficient resolution of this case.

Defendant respectfully requests that the Court appoint counsel or provide further instruction regarding any required financial affidavit or eligibility documentation.

This motion is made without waiver of any rights, defenses, or objections.

Respectfully submitted,

---

**Ethan Erich Smith**
Defendant, Pro Se
1818 Westgate Drive
Fort Wayne, IN 46808

Phone: 260-442-4864
Email: ethansmith.insurance@gmail.com

Date: **January 15, 2026**

**CERTIFICATE OF SERVICE**

I certify that on **January 15, 2026**, a true and correct copy of the foregoing Motion for Appointment of Counsel was served on all parties via **CM/ECF**.

**Ethan Erich Smith**